UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAVIER VALTIERRA,

Plaintiff,

v.

HANNA, et al.,

Defendants.

Case No. 3:25-cv-00303-ART-CLB

ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL (ECF No. 15)

Before the Court is Plaintiff Javier Valtierra's Motion to Voluntarily Dismiss his case. (ECF No. 15.) An action may be voluntarily dismissed by a Plaintiff as of right under Fed. R. Civ. P. 41(a)(1)(A)(i) if the notice of dismissal is filed before the opposing party files either an answer or a motion for summary judgment.

"[T]he decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the District Court." *Hamilton v. Firestone Tire & Rubber Co. Inc.*, 679 F.2d 143, 145 (9th Cir. 1982). "A district court should grant a motion for voluntary dismissal ... unless a defendant can show that it will suffer some plain legal prejudice as a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Defendants in this action do not oppose Plaintiff's request for voluntary dismissal without prejudice, therefore, the have put forth no argument that they will suffer legal prejudice. The Court accordingly grants Plaintiff's motion for voluntary dismissal.

It is therefore ordered that Plaintiff's motion for voluntary dismissal (ECF No. 15) is GRANTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(2).

The Clerk of the Court is instructed to ENTER JUDGMENT and CLOSE this case.

Dated this 10th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE